ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA TINOCO, as Wrongful Death Heir, and as Successor-in-Interest to ALFREDO MOSQUEDA, Deceased, and CATALINA GUADALUPE, MARTIN MOSQUEDA, PATRICIA MOSQUEDA-GALANG, RAQUEL MOSQUEDA, and M. N., a Minor, by and through minor's Guardian Ad Litem, RAQUEL MOSQUEDA, as Legal Heirs of ALFREDO MOSQUEDA, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), et al., <br><br> Defendants. <br><br> MARIA GUADALUPE MOSQUEDA, <br><br> Defendant heir. | Case No. 3:11-cv-04544-CRB <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT CBS CORPORATION F/K/A VIACOM INC. F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant CBS CORPORATION F/K/A VIACOM INC. F/K/A WESTINGHOUSE ELECTRIC CORPORATION from this action with prejudice. Each party to bear its own fees and costs.

///

///

| | | |
|---|---|---|
| 1 | Dated: January 18, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415) 898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 1/18/13 | POND NORTH LLP |
| 11 | | |
| 12 | | |
| 13 | | By: _____ |
| | | SANDRA L. GRYDER |
| 14 | | Attorneys for Defendant |
| | | CBS CORPORATION F/K/A |
| 15 | | VIACOM INC. F/K/A WESTINGHOUSE |
| | | ELECTRIC CORPORATION |
| 16 | | |
| 17 | | |
| 18 | Dated: January 23, 2013 | SO ORDERED: |

IT IS SO ORDERED
Judge Charles R. Breyer
United States District Court, Northern District of California

2
REQUEST FOR DISMISSAL OF DEFENDANT CBS CORPORATION F/K/A VIACOM INC. F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE; ORDER