ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVIRA TINOCO, as Wrongful Death Heir, and as Successor-in-Interest to ALFREDO MOSQUEDA, Deceased, and CATALINA GUADALUPE, MARTIN MOSQUEDA, PATRICIA MOSQUEDA-GALANG, RAQUEL MOSQUEDA, and M. N., a Minor, by and through minor's Guardian Ad Litem, RAQUEL MOSQUEDA, as Legal Heirs of ALFREDO MOSQUEDA, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), et al.,<br><br>Defendants.<br><br>MARIA GUADALUPE MOSQUEDA,<br><br>Defendant heir. | Case No. 3:11-cv-04544-CRB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER** |

The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action with prejudice. Each party to bear its own fees and costs.

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: February 18, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
|   | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
|   | | DDonadio@braytonlaw.com |
| 6 | | Tel: (415) 898-1555 |
|   | | Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 2/22/13 | BRYDON HUGO & PARKER |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: [signature] |
|   | | SHELLEY K. TINKOFF |
|   | | Attorneys for Defendant |
| 15 | | FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Dated: February 26, 2013 | SO ORDERED: |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | United States D... [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer] |

2
REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER