BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELVIRA TINOCO, as Wrongful Death
Heir, and as Successor-in-Interest to
ALFREDO MOSQUEDA, Deceased, and
CATALINA GUADALUPE, MARTIN
MOSQUEDA, PATRICIA
MOSQUEDA-GALANG, RAQUEL
MOSQUEDA, and M. N., a Minor, by and
through minor's Guardian Ad Litem,
RAQUEL MOSQUEDA, as Legal Heirs of
ALFREDO MOSQUEDA, Deceased,

        Plaintiffs,

vs.

CBS CORPORATION (FKA VIACOM
INC., FKA WESTINGHOUSE
ELECTRIC CORPORATION), et al.,

        Defendants.

MARIA GUADALUPE MOSQUEDA,

        Defendant heir.

Case No. 3:11-cv-04544-CRB

**ORDER GRANTING PARTIES'
DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT GENERAL
ELECTRIC COMPANY**

    PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:   DEC 1 8 2013

By: _____
    Charles R. Breyer
    United States District Judge

1

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL
ELECTRIC COMPANY